ADRIAN II. JACKSON, Respondent, *v.* THE LAWYERS' SURETY COMPANY OF NEW YORK, Appellant.

*Jackson* v. *Lawyers' Surety Co.*, 95 App. Div. 368, affirmed.
(Argued January 23, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1904, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment in favor of plaintiff for the relief demanded in the complaint.

*Francis Smyth* and *George W. Wickersham* for appellant.

*Edward W. S. Johnston* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.

---

MARY SHAPER, as Executrix of JOHN H. SHAPER, Deceased, Respondent, *v.* MARY E. C. DAVIS, Appellant.

*Shaper* v. *Davis*, 93 App. Div. 606, affirmed.
(Submitted January 23, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 22, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Ch. D. Thomas* and *Adam J. Smith* for appellant.

*H. A. De Coster* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.